UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      11-cr-568 (PKC)

      -against-                                        ORDER

HECTOR LOPEZ,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to the defendant's motion for sentence reduction (Doc 565) by December 22, 2020.  Defendant may reply by January 8, 2021.

        SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
           December 7, 2020