UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                  11-cr-568 (PKC)

        -against-                                              <u>ORDER</u>

HECTOR LOPEZ,

                                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hear telephonic argument on the defendant's motion for sentence reduction and compassionate release on February 3, 2021 at 2 p.m. The call-in information for the proceeding is as follows:

        Dial-in number: (888) 363-4749

        Access code: 3667981

        SO ORDERED.

                                                            P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
           January 28, 2021