UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :    ORDER
                                   :
        - v. -                     :    11 Cr. 568
                                   :
HECTOR LOPEZ                       :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - X

For the reasons stated on the record at the February 15, 2023 conference in the above-captioned matter, it is hereby

ORDERED that the defendant shall be remanded into the custody of the United States Marshals on February 28, 2023. It is further ordered that the defendant shall self-surrender to the United States Marshals in this District on February 28, 2023 by 2 p.m.

However, it is also ORDERED that if the defendant has checked into a detoxification facility and is participating in a program of detoxification by February 28, 2023, the defendant's remand is stayed until further order from this Court.

SO ORDERED.

Dated: New York, New York
       February 15, 2023

                                        _____
                                        HONORABLE P. KEVIN CASTEL
                                        UNITED STATES DISTRICT JUDGE