# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2023

**By ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.
SO ORDERED.
2/24/2023

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

Re: **United States v. Hector Lopez**
11-Cr-568

Dear Judge Castel:

On February 15, 2023, the Court ordered that Mr. Lopez would be remanded to the custody of the United States Marshals Service at 2 p.m. on February 28, 2023. The Court further ordered, however, that if Mr. Lopez enrolled in a detoxification program, the remand order would be "stayed until further order from this Court." United States v. Hector Lopez, 11-Cr-568, Doc. No. 591 (Feb 15, 2023).

I write to update the Court. On February 17, 2023, Mr. Lopez checked into a detoxification program at Cornerstone. The Probation Department has confirmed that Mr. Lopez is currently enrolled in and participating in that program, with an expected completion date of March 17, 2023.

The parties are available for a status conference after March 17, 2023, when Mr. Lopez completes the program. The only dates the parties are <u>unavailable</u> in March are March 21, March 24, and March 30-31.

[ Accordingly, it is requested that the Court stay its February 15, 2023, remand order, pursuant to the terms of that order. ] I have consulted with the Government and Probation, which do not object to this request.

Sincerely,
/s/
Michael Arthus
Assistant Federal Defender
212-417-8760

cc.: AUSA Mary Slavik (by ECF)
U.S. Probation Officer Amber S. Wilton (by email)