UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                   11 CR 568-13 (PKC)

            -against-                                                ORDER

Hector Lopez,

                                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Conference is schedule for April 12, 2023 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                    P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
            March 30, 2023