UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                                 :
UNITED STATES OF AMERICA        :  ORDER
                                                 :
           - v. -                 :  11 Cr. 568
                                                 :
HECTOR LOPEZ                          :
                                               :
                       Defendant.  :
                                               :
- - - - - - - - - - - - - - - - - - X

      For the reasons stated on the record at the July 19, 2023 conference in the above-captioned matter, it is hereby

      ORDERED that the defendant shall check into, participate in, and complete a detoxification program prior to the defendant's sentencing scheduled for August 30, 2023 at 2 p.m.

      It is further ORDERED that should the defendant fail to complete such a detoxification program, he shall be remanded into the custody of the United States Marshals.

SO ORDERED.

Dated:  New York, New York
       July 19, 2023

                                                  HONORABLE P. KEVIN CASTEL
                                                  UNITED STATES DISTRICT JUDGE