# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**Barry D. Leiwant**
*Interim Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 12, 2024

> Conference is adjourned from January 17, 2024 to March 19, 2024 at 11:00 a.m.
> SO ORDERED.
> Dated: 1/12/2024
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

**By ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Hector Lopez**
    **11-Cr-568**

Dear Judge Castel:

     I write jointly with the government and Probation to provide a status update regarding Hector Lopez's pending case. This case is scheduled for a control date on January 17, and the Court requested to be updated about Mr. Lopez's progress in drug treatment before that date.

     As the Court recalls, Mr. Lopez pled guilty to violating his supervised release because of difficulties maintaining sobriety and completing drug treatment. On September 13, 2023, Mr. Lopez was directed to enter the Serendipity inpatient drug treatment program. He entered the program as directed, and has been an inpatient for the last four months. Probation has confirmed that Mr. Lopez continues to reside at the program, is testing negative, and no longer relies on methadone.

     Given Mr. Lopez's positive progress, the parties request that the Court adjourn the upcoming control date, and set an in-person status conference in approximately six weeks. At that point, Mr. Lopez will be approaching six months in inpatient treatment.

     The parties have conferred and all are available on February 28, 2024. We are happy to provide other dates if the Court is unavailable that day.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc.: AUSA Christy Slavik (by ECF)
    Probation Officer Amber Wilton (by email)